## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-19-00322-CV
_____

## IN RE JOHN EDWARD LETKIEWICZ

Original Proceeding
435th District Court of Montgomery County, Texas
Trial Cause No. 13-04-04026-CV

## MEMORANDUM OPINION

Relator John Edward Letkiewicz filed a *pro se* petition for writ of mandamus, in which he complains that the trial court erred by denying his motion for judgment *nunc pro tunc* and asserts that the trial court lacked jurisdiction.

Mandamus will issue only to correct a clear abuse of discretion or violation of a duty imposed by law when that abuse cannot be remedied by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). After reviewing the mandamus record and

1

petition, we conclude that the relator has not demonstrated an abuse of discretion by the trial court. Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted October 2, 2019
Opinion Delivered October 3, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.